IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| S.S., | * |
|     Petitioner, | * |
| vs. | * |
| |     CASE NO. 4:20-CV-59 (CDL) |
| Warden, STEWART DETENTION CENTER, *et al.*, | * |
| | * |
|     Respondents. | |
| | * |

O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on October 15, 2020 is hereby approved, adopted, and made the Order of the Court.

The Court considered Petitioner's objections to the Report and Recommendation and finds that they lack merit.

IT IS SO ORDERED, this 28th day of December, 2020.

                      S/Clay D. Land
                      CLAY D. LAND
                      U.S. DISTRICT COURT JUDGE
                      MIDDLE DISTRICT OF GEORGIA